United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michele Petrone  
    Debtor

Case No. 12-17178-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Feb 27, 2017  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
13726356    +DITECH FINANCIAL LLC,    PO BOX 44265,    JACKSONVILLE, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

    ALEXANDRA T. GARCIA    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com  
    ANDREW SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    ANDREW SPIVACK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com  
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    CHRISOVALANTE FLIAKOS    on behalf of Creditor    Residential Credit Solutions, Inc. paeb@fedphe.com  
    D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov  
    HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
    JEANNE MARIE CELLA    on behalf of Debtor Michele Petrone paralegal@lawbsc.com, pennduke@gmail.com  
    JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    ROBERT MICHAEL KLINE    on behalf of Creditor    Wilmington Savings Fund Society Pacer@squirelaw.com, rmklinelaw@aol.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-17178-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michele Petrone
1315 Ardsley Rd
Swarthmore PA 19081

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/24/2017.

Name and Address of Alleged Transferor(s):

Claim No. 30: DITECH FINANCIAL LLC, PO BOX 44265, JACKSONVILLE, FL 32231

Name and Address of Transferee:

Wilmington Savings Fund Society
PO Box 52708
Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/01/17

Tim McGrath
**CLERK OF THE COURT**