# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 12-17178-JKF

MICHELE  PETRONE

1315 ARDSLEY RD

SWARTHMORE,  19081

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHELE  PETRONE

    1315 ARDSLEY RD

    SWARTHMORE,  19081

Counsel for debtor(s), by electronic notice only.

    JEANNE MARIE CELLA
    215 N OLIVE ST,  STE 101

    MEDIA, PA 19063-

Date: 7/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee