**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Michele Petrone | : Chapter 13 |
| and Francis Stellman | : Bankruptcy No.12-17178-amc |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

          Movant

vs.

Michele Petrone
and Francis Stellman

          Debtor(s)

and

William C. Miller, Esquire

          Trustee
**RESPONDENTS**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor(s), Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust , its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

          Respectfully submitted,

          /s/ Sarah K. McCaffery
          Sarah K. McCaffery, Esquire
          Richard M. Squire & Associates, LLC
          115 West Avenue, Suite 104
          Jenkintown, PA 19046
          (215) 886-8790
          (215) 886-8791 (fax)\
Dated: October 3, 2017          smccaffery@squirelaw.com (email)