United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-17178-amc
Michele Petrone                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 3        Date Rcvd: Feb 16, 2018
                           Form ID: 138NEW        Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db          +Michele Petrone,    1315 Ardsley Rd,    Swarthmore, PA 19081-2802
cr          +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
             610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr           ECMC,    P.O. Box 75906,    St. Paul, MN  55175
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road,    Suite 100,
             Irvine, CA 92618-2132
12948047    +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
12932275    +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
12820034    +Aes/Pheaa-Keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
12954808     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12954809     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12820035    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12820036    +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
12820037    +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
12820038     Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
12820039     Bloomdsnb,    911 Duke Blvd,    Mason, OH 45040
12820040    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12820042    +Cap1/Boscv,    Po Box 5253,    Carol Stream, IL 60197-5253
12820043    +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
12949794     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12820044    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13726356    +DITECH FINANCIAL LLC,    PO BOX 44265,    JACKSONVILLE, FL 32231-4265
12986512     ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
12820048    +ECSI,    181 Montour Run Rd,    Coraopolis, PA 15108-9408
12919915     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12820049    +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12820050    +Fran Stellman,    1315 Ardsley Ave,    Swarthmore, PA 19081-2802
12820051    +Fran Stelman,    1315 Ardsley Ave,    Swarthmore, PA 19081-2802
12820052    +Frd Motor Cr,    Pob 542000,    Omaha, NE 68154-8000
12820060    +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
12820061     Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196
12820063     Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
12820064    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12820065     Nationwide Credit, Inc. (QVC),    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13022399    +Ocwen Loan Servicing, LLC.,    Attention: Bankruptcy Department,
             1100 Virginia Drive, Suite 175,    Fort Washington, PA 19034-3278
13647955     Residential Credit Solutions, Inc.,    Customer Service,    P.O. Box 163229,
             Fort Worth, TX 76161-3229
12820067    +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12820068    +Stokes and Clinton Dress Barn,    PO Box 991801,    Mobile, AL 36691-8801
12820069     Target Nb,    C/O Target Credit Services,    Minneapolis, MN 55440-0673
12820070    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12820071    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12820072    +Wfcb/Hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
12820073     Wffnb/Rms,    Po Box 182121,    Columbus, OH 43218-2121
12820074     Wfnnb/Ave.,    Po Box 29185,    Shawnee Mission, KS 66201
12820075    +Wfnnb/Brylane Home,    Po Box 182789,    Columbus, OH 43218-2789
12820076    +Wfnnb/Dress Barn,    Po Box 182789,    Columbus, OH 43218-2789
12820077    +Wfnnb/Fbvi,    Po Box 182273,    Columbus, OH 43218-2273
12820078    +Wfnnb/Jessica London,    Po Box 182789,    Columbus, OH 43218-2789
12820079    +Wfnnb/Lnbr,    Po Box 182273,    Columbus, OH 43218-2273
12820080    +Wfnnb/Woman/Within,    4590 E Broad St,    Columbus, OH 43213-1301
13872467     Wilmington Savings Fund Society,    PO Box 52708,    Irvine, CA 92619-2708
13027273     eCAST Settlement Corporation,    PO Box 28136,    New York NY  10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:45:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:44:16
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:45     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 02:50:24
             PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/Text: bnc@bass-associates.com Feb 17 2018 02:43:34     eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12913627    +E-mail/Text: bncmail@w-legal.com Feb 17 2018 02:44:32     CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12834958    +E-mail/Text: bnc@bass-associates.com Feb 17 2018 02:43:34     Capital One, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
```

```
District/off: 0313-2         User: Virginia          Page 2 of 3              Date Rcvd: Feb 16, 2018
                             Form ID: 138NEW          Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12820045        +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 17 2018 02:45:15
                 Citadel Federal Cred U,   Po Box 147,   Thorndale, PA 19372-0147
12820046        +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 17 2018 02:45:15
                 Citadel Federal Credit Union,   520 Eagleview Rd,   Exton, PA 19341-1119
12820047        +E-mail/Text: mrdiscen@discover.com Feb 17 2018 02:43:38      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
12986884         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
12820053        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      Gecrb/Care Credit,
                 Po Box 981439,   El Paso, TX 79998-1439
12820054         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
12820055        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:25      Gecrb/Paypal Smart Con,
                 Po Box 981064,   El Paso, TX 79998-1064
12820056        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      Gecrb/Qvc,   Po Box 971402,
                 El Paso, TX 79997-1402
12820057         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      Gecrb/Snbc,   P.O. Box 965005,
                 Orlando, FL 32896-5005
12820058        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:58      Gecrb/Tydc,   Po Box 965005,
                 Orlando, FL 32896-5005
12820059        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:25      Gecrb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
13352888         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 17 2018 02:44:36      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
12820062         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 17 2018 02:43:41       Kohls/Cap1,   Po Box 3115,
                 Milwaukee, WI 53201-3115
12820066        +E-mail/Text: bnc@nordstrom.com Feb 17 2018 02:43:42      Nordstrom Fsb,   Po Box 6555,
                 Englewood, CO 80155-6555
12913653        +E-mail/Text: bnc@nordstrom.com Feb 17 2018 02:43:42      Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
12973717         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:11:14
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12930919        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:50:10
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
12929709         E-mail/Text: bnc-quantum@quantum3group.com Feb 17 2018 02:43:52
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
12929710         E-mail/Text: bnc-quantum@quantum3group.com Feb 17 2018 02:43:52
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                             TOTAL: 26


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +AES/PHEAA,   PO BOX  8147,   HARRISBURG, PA 17105-8147
cr*         +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
cr*        ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
            (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
             ST CLOUD, MN  56302-9617)
cr*          eCast Settlement Corporation,   PO Box 28136,   New York, NY  10087-8136
12956737*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13270746*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk, VA 23541)
12820041    ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                    TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Virginia          Page 3 of 3              Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW          Total Noticed: 76
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   Residential Credit Solutions, Inc.
           ecfmail@mwc-law.com
          ANDREW  SPIVACK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Residential Credit Solutions, Inc.
           paeb@fedphe.com
          D. TROY SELLARS    on behalf of Creditor   OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
          HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          JEANNE MARIE CELLA    on behalf of Debtor Michele  Petrone paralegal@lawbsc.com,
           pennduke@gmail.com
          JEROME B. BLANK    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          ROBERT MICHAEL KLINE    on behalf of Creditor   Wilmington Savings Fund Society
           Pacer@squirelaw.com,  rmklinelaw@aol.com
          SARAH K. MCCAFFERY    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o
           Rushmore Loan Management Services smccaffery@squirelaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 17
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michele Petrone

               Debtor(s)

Bankruptcy No: 12–17178–amc

Chapter: 13

_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 2/16/18