United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michele Petrone  
      Debtor

Case No. 12-17178-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 19, 2018  
Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db       +Michele Petrone,   1315 Ardsley Rd,   Swarthmore, PA 19081-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

    ALEXANDRA T. GARCIA    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com  
    ANDREW    SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    ANDREW    SPIVACK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com  
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    CHRISOVALANTE    FLIAKOS    on behalf of Creditor    Residential Credit Solutions, Inc. paeb@fedphe.com  
    D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov  
    HOWARD    GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
    JEANNE MARIE CELLA    on behalf of Debtor Michele  Petrone paralegal@lawbsc.com, pennduke@gmail.com  
    JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com  
    JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
    MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
    ROBERT MICHAEL KLINE    on behalf of Creditor    Wilmington Savings Fund Society Pacer@squirelaw.com, rmklinelaw@aol.com  
    SARAH K. MCCAFFERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services smccaffery@squirelaw.com  
    SARAH K. MCCAFFERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smccaffery@squirelaw.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                       Chapter: 13

    Michele Petrone

Debtor(s)                                                                                 Case No: 12–17178–amc

___

*ORDER*

    AND NOW, 3/19/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court