## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michele Petrone<br>                    Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>                    Movant<br>        vs. | NO. 12-17178 AMC |
| Michele Petrone<br>                    Debtor(s)<br>Francis C. Stellman<br>                    Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| WILLIAM C. MILLER, ESQ.<br>                    Trustee | |

## ORDER

AND NOW, this 26th day of June, 2018, upon failure of Debtor(s), Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and the automatic stay of all proceedings as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 1315 Ardsley Road, Swarthmore, PA 19081 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

_____
Ashely M. Chan
United States Bankruptcy Judge

Michele Petrone
1315 Ardsley Road
Swarthmore, PA 19081

Francis C. Stellman
1315 Ardsley Road
Swarthmore, PA 19081

Jeanne Marie Cella Esq.
215 North Olive Street
Suite 101
Media, PA 19063

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

WILLIAM C. MILLER
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532