United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 12-17178-amc
Michele Petrone                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 1              Date Rcvd: Jun 26, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Michele Petrone,    1315 Ardsley Rd,    Swarthmore, PA 19081-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Residential Credit Solutions, Inc.
      ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANDREW   SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Residential Credit Solutions, Inc.
      paeb@fedphe.com
      D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
      HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
      hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      JEANNE MARIE CELLA    on behalf of Debtor Michele  Petrone paralegal@lawbsc.com,
      pennduke@gmail.com
      JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      bkgroup@kmllawgroup.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    Wilmington Savings Fund Society
      Pacer@squirelaw.com, rmklinelaw@aol.com
      SARAH K. MCCAFFERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust c/o
      Rushmore Loan Management Services smccaffery@squirelaw.com
      SARAH K. MCCAFFERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      smccaffery@squirelaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                             TOTAL: 19

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michele Petrone<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　Movant<br>　　vs. | NO. 12-17178 AMC |
| Michele Petrone<br>　　　　　　　　　Debtor(s)<br>Francis C. Stellman<br>　　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| WILLIAM C. MILLER, ESQ.<br>　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this 26th day of June, 2018, upon failure of Debtor(s), Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and the automatic stay of all proceedings as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 1315 Ardsley Road, Swarthmore, PA 19081 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Michele Petrone
1315 Ardsley Road
Swarthmore, PA 19081

Francis C. Stellman
1315 Ardsley Road
Swarthmore, PA 19081

Jeanne Marie Cella Esq.
215 North Olive Street
Suite 101
Media, PA 19063

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

WILLIAM C. MILLER
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532